# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

KAREEM SMITH,          :   No. 34 MAP 2018

         Appellant        :

         v.               :

COMMONWEALTH OF PENNSYLVANIA,   :
PENNSYLVANIA BOARD OF           :
PROBATION AND PAROLE,         :

         Appellee         :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 21st day of February, 2019, the Application for Summary Relief is GRANTED, and the appeal is DISMISSED.